IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM ASSALLEY, | ) |
| Plaintiff, | ) Case No. 3:22-cv-03222-SEM-KLM |
| v. | ) Hon. Colleen R. Lawless |
| WALGREEN'S, INC., | ) Magistrate Judge Karen L. McNaught |
| Defendant. | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Defendant WALGREEN CO., incorrectly named Walgreen's Inc. ("Walgreens" or "Defendant"), submits this Response to Plaintiff's Motion to Dismiss and states as follows.

Defendant consents to the dismissal.

Dated: October 15, 2024

_____
One of the Attorneys for Defendant
WALGREEN CO.

Katherine A. Manuel (ARDC No. 6315551)
Abigail S. Wallach (ARDC No. 6341788)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
*katherine.manuel@ogletree.com*
*abbey.wallach@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 15, 2024, the foregoing ***Defendant's Response to Plaintiff's Motion to Dismiss*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

James P. Baker
BAKER, BAKER & KRAJEWSKI, LLC
415 South Seventh Street
Springfield, Illinois 62701
*jpb@bbklegal.com*

***Attorney for Plaintiff***

/s/ Abigail Wallach
One of the Attorneys for Defendant
WALGREEN CO.